UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Frank Chaisson</u>

    v.                      Civil No. 13-cv-217-JD

<u>Town of Grantham, NH, et al.</u>


<u>O R D E R</u>

The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                                /s/ Joseph A. DiClerico, Jr.
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

August 8, 2013

cc:  Charles P. Bauer, Esquire
     Brian Robert Marsicovetere, Esquire